UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOCELYN PIERRE, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | Civil Case No.: 1:25-cv-0234[TAM] |
| ELECTRIC LOTUS TATTOO, LLC, and BKLB, LLC, | |
| Defendants. | |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, JOCELYN PIERRE by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, WITH PREJUDICE as against Defendants Electric Lotus Tattoo, LLC, and BKLB, LLC, since no party has answered or otherwise moved for summary judgment in this action.

Dated: New York, New York
         July 7, 2025

                                  **THE MARKS LAW FIRM, P.C.**

                                  By:_____
                                       Darren R. Marks, Esq.
                                       155 East 55th Street, Suite 4H
                                       New York, NY 10022
                                       Telephone: (646) 960-7820
                                       Email: darren@markslawpc.com
                                  *Attorneys for Plaintiff Jocelyn Pierre*